UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS RIGOBERTO GARCIA CUZCO,

Petitioner,

-against-

LaDEON FRANCIS, in his official capacity as
acting Field Office Director of New York
Immigration and Customs Enforcement, et al.,

Respondents.

ORDER DIRECTING PAYMENT OF FEE
OR IFP APPLICATION

26-CV-4987 (ER)

EDGARDO RAMOS, United States District Judge:

Petitioner, who is proceeding *pro se* and appearing by a next friend, brings this petition

for a writ of *habeas corpus*.   To proceed with a petition for a writ of *habeas corpus* in this court,

a petitioner, or his next friend, must either pay the $5.00 filing fee or, to request authorization to

proceed *in forma pauperis* ("IFP"), submit a completed and signed IFP application.   *See* 28

U.S.C. §§ 1914, 1915.

Petitioner's next friend submitted the petition without paying the filing fee or completing,

signing, and submitting an IFP application.   Within 30 days of the date of this order, Petitioner

or the next friend must either pay the $5.00 filing fee or complete, sign, and submit the attached

IFP application.   If Petitioner or the next friend submits the IFP application, it should be labeled

with docket number 1:26-CV-4987 (ER).   If the Court grants the IFP application, this action will

be permitted to proceed without prepayment of fees.   *See* 28 U.S.C. § 1915(a)(1).

If Petitioner or the next friend complies with this order, this action shall be processed in

accordance with the procedures of the Clerk's Office.   If Petitioner or the next friend fails to

comply with this order within the time allowed, the petition will be denied.

Because, at this time, the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   June 12, 2026
         New York, New York

_____
EDGARDO RAMOS
United States District Judge

2