UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS RIGOBERTO GARCIA CUZCO,

Petitioner,

-against-

LaDEON FRANCIS, *in his official capacity as acting Field Office Director of New York Immigration and Customs Enforcement*, et al.,

Respondents.

**ORDER**

26-CV-4987

EDGARDO RAMOS, United States District Judge:

Carlos Rigoberto Garcia Cuzco, who is proceeding *pro se* and appearing by next friend Wendy Nicol Garcia Robles, brought this petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 on June 12, 2026.  Doc. 1.  That same day, the Government filed a letter stating that this Court lacks jurisdiction to adjudicate the *habeas* petition because Garcia Cuzco was detained in Moshannon Valley Processing Center in Pennsylvania at the time the petition was filed.  Doc. 5.  The Government requested that the Court transfer the instant action to the Western District of Pennsylvania or alternatively dismiss the action without prejudice.  *Id.*

Later on June 12, 2026, the Court issued a memo endorsement directing Garcia Robles, as Garcia Cuzco's next friend, to respond to the Government's letter and to provide the Court with information as to Garcia Cuzco's location at the time the petition was filed.  Doc. 9.  The memo endorsement directed her to respond by June 15, 2026.  *Id.*  Garcia Robles did not respond by that date.

Accordingly, the Court directs Garcia Robles to respond to the Government's letter, Doc. 7, by 12:00 p.m. on June 17, 2026.  In her response, Garcia Robles should provide any information she has as to Garcia Cuzco's location at the time the petition for the writ of *habeas*

*corpus* was filed.  If Garcia Robles fails to respond by that time, the Court will treat the

Government's letter as unopposed.


SO ORDERED.

Dated:   June 16, 2026
         New York, New York

_____
EDGARDO RAMOS
United States District Judge

2