UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS RIGOBERTO GARCIA CUZCO,

Petitioner,

-against-

LaDEON FRANCIS, *in his official capacity as acting Field Office Director of New York Immigration and Customs Enforcement*, et al.,

Respondents.

**ORDER**

26-CV-4987

EDGARDO RAMOS, United States District Judge:

Carlos Rigoberto Garcia Cuzco, who is proceeding *pro se* and appearing by next friend Wendy Nicol Garcia Robles, brought this petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 on June 12, 2026.  Doc. 1.  That same day, the Government filed a letter stating that this Court lacks jurisdiction to adjudicate the *habeas* petition because Garcia Cuzco was transferred to Moshannon Valley Processing Center in Pennsylvania on June 6, 2026, where he was detained at the time the petition was filed.  Doc. 5.  The Government requested that the Court transfer the instant action to the Western District of Pennsylvania or alternatively dismiss the action without prejudice.  *Id.*

Later on June 12, 2026, the Court directed Garcia Robles, as Garcia Cuzco's next friend, to respond to the Government's letter by June 15, 2026 and to provide the Court with information as to Garcia Cuzco's location at the time the petition was filed.  Doc. 9.  Garcia Robles did not respond by that date, and the Court issued a second order directing her to respond by June 17, 2026.  Doc. 10.

On June 16, 2026, Garcia Robles sent a message to the Court via email.[1]  In her message she did not contest that Garcia Cuzco was transferred to Moshannon Valley Processing Center on June 6, 2026, but instead stated that she initially submitted the petition for the writ of *habeas corpus* to the SDNY Pro Se Office on June 5, 2026, via email.  She says that there was a pdf failure in the initial email, and so she submitted the paperwork in person at a later date.[2]  Though her email does not identify when she submitted the paperwork in person, the docketed *habeas* petition indicates that it was received by the SDNY Pro Se Office on June 12, 2026, at 10:46 a.m. Doc. 1.[3]

Because June 12, 2026, at 10:46 a.m. is the time that the SDNY Pro Se Office actually received a copy of the petition, the Court treats June 12, 2026, as the date the petition was filed. Further, because Garcia Robles does not contest that Garcia Cuzco was detained in Moshannon Valley Processing Center on June 12, 2026, the Court grants the Government's request to transfer the case to the Western District of Pennsylvania.  *See e.g. Khalil v. Joyce,* 771 F. Supp. 3d 268, 290 (S.D.N.Y. 2025) (transferring the *habeas* petition to the district in which the petitioner was detained at the time the petition was filed).

---

[1] The Government was not cc'd on this email.

[2] In support of her email, Garcia Robles attached several screenshots.  One screenshot depicts an email that the SDNY Pro Se Office sent her on June 5, 2026, acknowledging that her "email has been received by the Pro Se Intake Unit of the Southern District of New York," and further stating that "[d]ocuments from *pro se* litigants that meet the required standards for electronic filing will be filed and will appear on the ECF docket within two business days of receipt . . ."  This screenshot does not show what documents Garcia Robles initially emailed the SDNY Pro Se Office.

Another screenshot is of the ICE Detention Search which indicates that Garcia Cuzco was in ICE Custody in New York.  However, that screenshot is undated.  In her email, Garcia Robles does not argue that Garcia Cuzco was in New York on June 12, 2026, but rather she appears to be attaching this screenshot in support of the fact that he was in New York on June 5, 2026, when she attempted to file her petition.

[3] The *habeas* petition is signed by Garcia Robles on June 5, 2026.  Doc. 1.

Accordingly, the Clerk of Court is respectfully ordered to transfer this case to the Western District of Pennsylvania.  To allow for timely consideration of the petition, the Court waives the seven-day waiting period required by Local Rule 83.1, and the Clerk of Court shall therefore transfer the case immediately.

SO ORDERED.

Dated:    June 17, 2026
          New York, New York

_____
EDGARDO RAMOS
United States District Judge

3